UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

KATHI S. MYERS,

    Plaintiff,

    v.

THOR MOTOR COACH, INC.,

    Defendant.

Case No. 3:22-CV-436 JD

## ORDER

On November 29, 2022, the parties filed a joint Stipulation to Dismiss (DE 12), agreeing to dismiss all claims in this action with prejudice. Considering the joint nature of the stipulation, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby DISMISSED, with prejudice. The Clerk is DIRECTED to CLOSE this case.

SO ORDERED.

ENTERED: November 30, 2022

                /s/ JON E. DEGUILIO
                Chief Judge
                United States District Court